IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                         CR 10-0029MJ

JORGE CONTRERAS,

        Defendant.

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on a Motion for Order of Forfeiture of Bond *(Doc. 21)*. I held a hearing on this motion on March 19, 2010 and hereby make these findings:

1. On January 6, 2010 Defendant Jorge Contreras was charged by criminal complaint with possession with intent to distribute more than 50 kilograms of marijuana, in violation of 21 U.S.C. § 841.

2. I granted conditions for release on January 7, 2010 which required that Defendant execute an unsecured bond agreement to forfeit property in the amount of $5,000.00 and then be placed into his father's custody. *Doc. 8.*

3. The Defendant signed the required Agreement to Forfeit Property that same day. *Doc. 10.*

4. Although the conditions for release required that Defendant not leave the United States, Jorge Contreras informed his father that he is now in Mexico and refuses to return. *Doc. 15.*

5.  The Court properly noticed Defendant of the date and time for hearing on the order to show cause why bond should not be forfeited.  *Doc. 22.*

6.  Defendant failed to appear at that hearing and his attorney offered no valid defense to forfeiture.  *Doc. 23.*

## RECOMMENDED DISPOSITION

Pursuant to Federal Rule of Criminal Procedure 46(f)(1), I recommend a declaration of bond forfeiture against Defendant.  I further recommend that judgment be entered against the Defendant in the principal amount of $5,000.00, together with United States District Court docketing fees in the amount of $350.00 as provided by 28 U.S.C. §§2412(a)(2) and 1914(a), and interest at the legal rate compounded annually and computed daily until paid.

> **THE PARTIES ARE FURTHER NOTIFIED THAT WITHIN 10 DAYS OF SERVICE** of a copy of these Proposed Findings and Recommended Disposition they may file written objections with the Clerk of the District Court pursuant to 28 U.S.C. § 636(b)(1).  **A party must file any objections with the Clerk of the District Court within the ten-day period if that party wants to have appellate review of the proposed findings and recommended disposition.  If no objections are filed, no appellate review will be allowed.**

_____
UNITED STATES MAGISTRATE JUDGE